# UNITED STATES DISTRICT COURT
для
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Ramon Castaneda Andrade,<br>a.k.a.: Ramon Andrade Castaneda,<br>a.k.a.: Jose Louis Para Camacho,<br>(A074 575 031)<br>*Defendant* | )<br>)<br>) Case No.  17- 6282 mj<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of August 11, 2017, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Ramon Castaneda Andrade, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Nogales, Arizona, on or about May 12, 2003, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1).

I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

*CEB*

REVIEWED BY: Charles E. Bailey, P.S. for AUSA Jonathan R. Hornok

☒ Continued on the attached sheet.

*Complainant's signature*

Rene A. Lopez,
Deportation Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: August 14, 2017

*Judge's signature*

David K. Duncan,
United States Magistrate Judge
*Printed name and title*

City and state: Phoenix, Arizona

## STATEMENT OF PROBABLE CAUSE

I, Rene A. Lopez, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Deportation Officer with United States Immigration and Customs Enforcement (ICE). I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On August 11, 2017, the Phoenix Police Department (PPD) arrested Ramon Castaneda Andrade for failure to pay fare at the Metro Light Rail. Officer Minton, with the PPD, suspected Castaneda Andrade to be illegally present in the United States and contacted the Phoenix ICE Law Enforcement Agency Response Unit for assistance. ICE Officer J. Leon telephonically determined Castaneda Andrade to be a citizen of Mexico, illegally present in the United States. On August 12, 2017, Castaneda Andrade was released to the Phoenix ICE office for further investigation and processing. Castaneda Andrade was held in administrative custody until his criminal and immigration records could be obtained and his identity confirmed.

3. Immigration history checks revealed Ramon Castaneda Andrade to be a citizen of Mexico and a previously deported criminal alien. Castaneda Andrade was removed from the United States to Mexico through Nogales, Arizona, on or about May 12,

1

2003, pursuant to a removal order issued by an immigration judge. There is no record of Castaneda Andrade in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal. Castaneda Andrade's immigration history was matched to him by electronic fingerprint comparison.

4. Criminal history checks revealed that Ramon Castaneda Andrade was convicted of Solicitation to Possess Narcotic Drugs, a felony offense, on May 1, 2003, in the Superior Court of Arizona, Maricopa County. Castaneda Andrade was sentenced to twelve (12) months' probation. Castaneda Andrade's criminal history was matched to him by electronic fingerprint comparison.

5. On August 12, 2017, Ramon Castaneda Andrade was advised of his constitutional rights. Castaneda Andrade freely and willingly acknowledged his rights and declined to make any further statements.

6. For these reasons, this affiant submits that there is probable cause to believe that on or about August 11, 2017, Ramon Castaneda Andrade, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Nogales, Arizona, on or about May 12, 2003, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply

for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1).

_____
René A. Lopez,
Deportation Officer,
Immigration and Customs Enforcement

Sworn to and subscribed before me
this 14th day of August, 2017.

_____
David K. Duncan,
United States Magistrate Judge